# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Telvin Lamark Thomas,<br><br>    Plaintiff<br>v.<br><br>The Honorable Michelle Leavitt, et al.,<br><br>    Defendants | Case No. 2:19-cv-01787-JAD-NJK<br><br>**Order Adopting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 6] |

On January 2, 2020, Magistrate Judge Nancy J. Koppe entered a report and recommendation to dismiss this case without prejudice based on the plaintiff's failure to pay the filing fee or file a renewed application for *in forma pauperis* status by December 13, 2019, as ordered.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 6] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT **this case is dismissed**. The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

Dated: January 21, 2020

                                                      U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).